E'sIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUN RIVER ENERGY, INC., | § | |
| | § | |
| Plaintiff-Counterclaim-Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| MIRADOR CONSULTING, INC. AND SECURITIES TRANSFER CORPORATION, | § § | |
| | § | Civil Action No. 3:11-cv-01132-K |
| Defendants-Counterclaimants, | § | |
| | § | |
| v. | § | |
| | § | |
| HARRY McMILLAN AND CICERONE CORPORATE DEVELOPMENT, LLC, | § § | |
| | § | |
| Defendants on Counterclaim. | § | |

## STIPULATION OF DISMISSAL

Sun River Energy, Inc. ("Sun River"), Mirador Consulting, Inc. ("Mirador") and Securities Transfer Corporation ("STC"). (collectively, the "Parties") hereby file this Stipulation of Dismissal. The Parties hereby agree to dismiss as moot STC's Counterclaim and Cross Claim for Interpleader (ECF No. 4).

Respectfully submitted,

By:    /s/ H. Colin Lecroy_____
       Robert P. Latham
       State Bar No. 11975500
       Paul C. Watler
       State Bar No. 20931600
       H. Colin LeCroy
       State Bar No. 24070120
       JACKSON WALKER L.L.P.
       901 Main Street, Suite 6000
       Dallas, Texas 75202
       Telephone: (214) 953-6095
       Facsimile: (214) 661-6663

**ATTORNEYS IN CHARGE FOR MIRADOR CONSULTING, INC.**

Of counsel:
Martin H. Kaplan, Esq.
Brian D. Graifman, Esq.
GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
120 Wall Street
New York, New York 10005
Telephone: (212) 269-1400
Facsimile: (212) 805-5449

By:    /s/ Christopher Richie_____
       David R. Clouston
       Christopher R. Richie
       Leslye E. Moseley
       Sessions Fishman Nathan & Israel LLC
       900 Jackson Street, Suite 440
       Dallas, TX 75202
       Telephone: (214) 741-3001
       Facsimile: (214) 741-3055

**ATTORNEYS FOR SUN RIVER ENERGY, INC.**

                By:     /s/ Jack Kuykendall
                        Law Offices of Jack M. Kuykendall
                        5001 Spring Valley Road, Suite 400 East
                        Dallas, TX  75244
                        jmkesq@integrity.com
                        Telephone: (972) 383-1540
                        Facsimile: (972) 200-9933

## **CERTIFICATE OF SERVICE**

This is to certify that on the 31st day of January, 2012, a true and correct copy of the foregoing document was served via the court electronic filing system upon the following attorneys of record:

Chalon T. Allen
Daniel S. Newman
Broad and Cassel
One Biscayne Tower
2 S. Biscayne Blvd.
Miami, FL 33131
callen@broadandcassel.com
dnewman@broadandcassel.com

Theodore Carl Anderson, III
Ashley E. Tremain
Kilgore & Kilgore
3109 Carlisle, Suite 200
Dallas, Texas 75204
tca@kilgorelaw.com
aet@kilgorelaw.com

*Attorneys for Harry McMillan and*
*Cicerone Corporate Development, LLC*

                                        /s/ H. Colin LeCroy
                                        H. Colin LeCroy